UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV10-4166 ODW (VBKx) | Date | September 6, 2011 |
| Title | *Ortega v. City of Inglewood, et al.* | | |

| | | |
|---|---|---|
| Present: The Honorable | Otis D. Wright II, United States District Judge | |
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**   ORDER MODIFYING SCHEDULING ORDER DATES

Pursuant to the stipulation of the parties (Dkt. No. 21), the Court modifies the scheduling order as follows:

| EVENT | OLD DATE | NEW DATE |
|---|---|---|
| Discovery Cutoff | September 1, 2011 | October 17, 2011 |
| Motion Hearing Cutoff | September 12, 2011 | November 10, 2011 |
| Initial Expert Disclosure | September 26, 2011 | October 31, 2011 |
| Settlement Conf. Cutoff | September 29, 2011 | November 3, 2011 |
| Pre-trial Documents Due | October 17, 2011 | November 28, 2011 |
| Pre-trial Conference Date | October 24, 2011 | December 5, 2011 3:00pm |
| Motions in Limine Hearing | November 8, 2011 | December 12, 2011 3:00pm |
| Trial | November 15, 2011 | January 3, 2012 at 9:00 am |

**NO FURTHER CONTINUANCES SHALL BE PERMITTED IN THIS CASE.**
IT IS SO ORDERED.

| | |
|---|---|
| Initials of Preparer | SE |