1  CAL P. SAUNDERS, Esq., (SBN 63497)
2  TAUFIKI D. JOSHUA, Esq., (SBN 207636)
   OFFICE OF THE CITY ATTORNEY
3  CITY OF INGLEWOOD
   One Manchester Boulevard, Suite 860
4  Inglewood, California 90301
   Telephone:  (310) 412-5372
5  Facsimile:  (310) 412-8865
   tjoshua@cityofinglewood.org
6  rtatum@cityofinglewood.org

7  Attorneys for Defendants, **CITY OF INGLEWOOD, OFFICER OSWALDO FIGUEROA** and **OFFICER ALVARO RUIZ**

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| JUAN ORTEGA, Individually and a Successor-in-Interest to Decedent, RUBEN WALTON ORTEGA, <br><br>                     Plaintiff, <br><br>     v. <br><br> CITY OF INGLEWOOD, OFFICER OSWALDO FIGUEROA, OFFICER ALVARO RUIZ and 10 unknown other named defendants, <br><br>                     Defendants. | CASE NO.:  CV10-4166 ODW (VBKx) <br><br> **Hon. Judge:  Otis D. Wright, II** <br> **Courtroom: 11** <br><br> **ORDER RE STIPULATION FOR AMENDED PROTECTIVE ORDER** <br><br> Complaint Filed: June 4, 2010 <br> Trial Date:         January 3, 2012 |

////
////
////
////
////
////

-1-

# ORDER

Having reviewed and considered the Parties' Stipulation for Amended Protective Order, good cause showing therein, IT IS SO ORDERED:

Dated: September 15, 2011       _____/s/_____
                                HONORABLE VICTOR B. KENTON
                                United States Magistrate Judge
                                Central District of California