1  CAL P. SAUNDERS, Esq., (SBN 63497)
2  TAUFIKI D. JOSHUA, Esq., (SBN 207636)
   OFFICE OF THE CITY ATTORNEY
3  CITY OF INGLEWOOD
   One Manchester Boulevard, Suite 860
4  Inglewood, California 90301
   Telephone:  (310) 412-5372
5  Facsimile:  (310) 412-8865
   tjoshua@cityofinglewood.org
6  rtatum@cityofinglewood.org

7  Attorneys for Defendants, **CITY OF INGLEWOOD, OFFICER OSWALDO FIGUEROA** and **OFFICER ALVARO RUIZ**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN ORTEGA, Individually and a Successor-in-Interest to Decedent, RUBEN WALTON ORTEGA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF INGLEWOOD, OFFICER OSWALDO FIGUEROA, OFFICER ALVARO RUIZ and 10 unknown other named defendants,<br><br>Defendants. | CASE NO.:  CV10-4166 ODW (VBKx)<br><br>**Hon. Judge:  Otis D. Wright, II**<br>**Courtroom: 11**<br><br>**ORDER RE STIPULATION FOR AMENDED PROTECTIVE ORDER**<br><br>Complaint Filed: June 4, 2010<br>Trial Date:          January 3, 2012 |

////
////
////
////
////
////

-1-

1  **ORDER**

2  Having reviewed and considered the Parties' Stipulation for Amended
3  Protective Order, good cause showing therein, IT IS SO ORDERED:

4
5
6  Dated: September 15, 2011                _____/s/_____
                                             HONORABLE VICTOR B. KENTON
7                                            United States Magistrate Judge
8                                            Central District of California

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28